LANE Y. TAKAHASHI, ESQ.   2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant
DEREK AHSUI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00325-07 HG |
| vs. | ) NOTICE OF MOTION; MOTION FOR<br>) PRETRIAL RELEASE; |
| DEREK AHSUI,       (07) | ) DECLARATION OF COUNSEL;<br>) EXHIBIT "A"; CERTIFICATE OF |
| Defendant. | ) SERVICE<br>)<br>) Date: January ___, 2006<br>) Time: _____.m.<br>) Judge: Leslie E. Kobayashi |

NOTICE OF MOTION

TO:   Chris A. Thomas
      Assistant U.S. Attorney
      PJKK Federal Building
      300 Ala Moana Blvd., Room 6100
      Honolulu, Hawaii 96813
      Attorney for Plaintiff
      UNITED STATES OF AMERICA

PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable Leslie E. Kobayashi, in her courtroom in the United States Courthouse, 300

Ala Moana Boulevard, Honolulu, Hawaii 96813 at ___ .m.. on _____, January, 2006.



LANE Y. TAKAHASHI, ESQ.   2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant
DEREK AHSUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00325-07 HG |
| | ) |
| vs. | ) MOTION FOR PRETRIAL RELEASE |
| | ) |
| DEREK AHSUI,         (07) | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL RELEASE

Defendant, DEREK AHSUI, by and through undersigned counsel, Lane Y. Takahashi, hereby moves this Court for pretrial release to the Big Island Substance Abuse Council (hereinafter "BISAC").

This motion is based Rules 12 and 47 of the Federal Rules of Penal Procedure, the records and files of this case, the attached declaration of counsel and Exhibit "A", and such evidence as may be presented at the hearing on this motion.

Dated: Honolulu, Hawaii, January 24, 2006.

_____
LANE Y. TAKAHASHI
Attorney for Defendant

2