IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 05-0325-07 HG |
| ) | |
| vs. ) | DECLARATION OF COUNSEL |
| ) | |
| DEREK AHSUI, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF COUNSEL

LANE Y. TAKAHASHI hereby declares as follows:

1. I am the attorney for the Defendant, DEREK AHSUI, having been appointed pursuant to the Criminal Justice Act;

2. I have been informed that the defendant has been accepted into the BISAC, which consists of intensive inpatient and outpatient substance abuse treatment (See attached Exhibit "A");

3. Accordingly, the defendant requests that he be released to the custody of the BISAC and that the U.S. Marshal's service escort and provide him with one-way plane fare to Hilo, Hawaii for transportation sometime during February 13, 2006 through February 16, 2006.

_____
LANE Y. TAKAHASHI