

# BIG ISLAND SUBSTANCE ABUSE COUNCIL

**HILO**
Corporate Office
234 Waianuenue Avenue
Suite 104
Hilo, Hawaii 96720
(808) 969-9994
(808) 969-7570 Fax
Website: www.bisac.com

Adult & Adolescent
Outpatient Treatment
297 Waianuenue Avenue
(808) 935-4927
(808) 969-1861 Fax

Baby S.A.F.E. Program
(808) 961-5022

Ka Wahi Ola Hou - Men
Therapeutic Living Program
Hilo, Hawaii 96720

Keala Hou - Men
Therapeutic Living Program
Hilo, Hawaii 96720

Ka Wahi Ola Hou - Women
Therapeutic Living Program
Hilo, Hawaii 96720

Hale Ho'opulapula O Na Wahine
Therapeutic Living Program
Hilo, Hawaii 96720

Hale O'hana Mana
Moms & Babies
Therapeutic Living Program
Hilo, Hawaii 96720

**KONA**
Outpatient Treatment and
Baby S.A.F.E. Program
P.O. Box 208
Kealakekua, Hawaii 96750
(808) 334-0266
(808) 322-3001 Fax

**WAIMEA**
Outpatient Treatment
Suite C-12
65-1230 Mamalahoa Highway
Kamuela, Hawaii 96743
(808) 887-2175
(808) 887-0805 Fax

January 23, 2006

Lane Takahashi
Attorney at Law
745 Fort Street – Suite 2121
Honolulu, Hawaii 96813

RE:   Derek Ahsui

Dear Mr. Takahashi:

Per our conversation this morning, **Mr. Derek Ahsui** has been accepted into the Big Island Substance Abuse Council's Therapeutic Living Program and will be able to participate in Intensive Outpatient Services for substance abuse treatment. He will be able to be admitted into the program between the week of February 13, 2006 – February 17, 2006. Please let me know the exact date he will be admitted as determined by the presiding judge in his case. Please be advised that his bed can only be held for him for that week only and will not be available anytime after. His name will be put at the bottom of list and he will need to wait for the next available bed. You can contact me at (808) 640-5717 to let me know the exact date and time he will be released into our custody.

Sincerely,

Vanessa-Lee K. Kekahuna, CSAC
TLP Coordinator






A Hawaii Island United Way Agency     The Health State     Outpatient Treatment & Community Housing

EXHIBIT "A"