## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on January 24, 2006:

Chris A. Thomas
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

Federal Pretrial Services
PJKK Federal Building
300 Ala Moana Boulevard, Room 7-222
Honolulu, Hawaii 96813

Dated: Honolulu, Hawaii, January 24, 2006.

_____
Lane Y. Takahashi