# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 05-00325HG

CASE NAME:         USA vs. (07) DEREK AHSUI

ATTYS FOR PLA:     Chris A. Thomas

ATTYS FOR DEFT:    (07) Lane Y. Takahashi

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
|---|---|---|---|
| DATE: | 1/25/2006 | TIME: | 3:07-3:08 |

COURT ACTION:  EP: Motion for Pretrial Release - Defendant present in custody.

More time needed by Pretrial Services.  Oral Motion to continue hearing Granted.

Further Hearing on Motion for Pretrial Release set for 3:30 2/3/06, KSC.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager