# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR05-00325HG

CASE NAME:      USA v. (07) Derek Ahsui

ATTYS FOR PLA:  Chris Thomas

ATTYS FOR DEFT: (07) Lane Takahashi

INTERPRETER:

JUDGE:  Kevin S. C. Chang          REPORTER:  FTR C5

DATE:   2/3/2006                   TIME:      3:33-3:35:10pm

COURT ACTION:  EP: Further Hearing on Motion for Pretrial Release - defendant present, in custody.

Defendant requests for release to the Big Island substance abuse program.  Government relies on the pretrial services report.

Motion for Pretrial release is denied

Government to prepare the order

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager