```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00325 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| DEREK AHSUI, (07) | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order For Dismissal was submitted to Judge Helen Gillmor for signature and was served on the following counsel on January 8, 2007:

```
              LANE Y. TAKAHASHI, ESQ.
              laneytakahashi@hotmail.com

              Attorney for Defendant
              DEREK AHSUI


              DATED:  Honolulu, Hawaii, January 8, 2007.


                                    /s/ Janice Tsumoto
```

U.S. v. Derek Ahsui
Cr. No. 05-00325-07 HG
Certificate of Service