EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS     #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00325 HG |
| ) | |
| Plaintiff, ) | ORDER FOR DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| DEREK AHSUI,   (07) ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant DEREK AHSUI ("Defendant Ahsui") on the grounds that Defendant Ahsui was charged and sentenced in an Information, Cr. No. 06-00487 HG.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Ahsui in the Indictment for Cr. No. 05-00325 HG after sentencing.

      Defendant Ahsui was sentenced on January 4, 2007.

      DATED:  Honolulu, Hawaii, January 8, 2007.

                                   EDWARD H. KUBO, JR.
                                   UNITED STATES ATTORNEY
                                   District of Hawaii


                              By /s/ Chris A. Thomas
                                   CHRIS A. THOMAS
                                   Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

      DATED:  Honolulu, Hawaii, January 9, 2007.



                                 /S/ Helen Gillmor
                           Helen Gillmor
                           Chief United States District Judge


United States v. Derek Ahsui
Cr. No. 05-00325-07 HG
"Order for Dismissal"